IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| WENDY ESPERANZA BENITEZ LIZAMA, <br><br> Plaintiff, <br><br> v. <br><br> TOMS KING VIRGINIA, LLC, <br><br> Defendant. | Civil Action No. 1:20-CV-01540 |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Wendy Esperanza Benitez Lizama and Defendant TOMS King Virginia, LLC. hereby stipulate and agree that all claims asserted by Plaintiff against TOMS King Virginia, LLC are DISMISSED WITH PREJUDICE.

Dated:   September 27, 2021                     Respectfully submitted,

*/s/ Yvette V. Gatling*
Yvette V. Gatling, VSB 92824
Lauren M. Bridenbaugh, VSB 90586
LITTLER MENDELSON, P.C.
1650 Tysons Blvd., Suite 700
Tysons Corner, VA 22102
(703) 286-3143 Telephone
(703) 842-8211 Facsimile
YGatling@littler.com
Lbridenbaugh@littler.com

*Counsel for Defendant,*
*TOMS King Virginia, LLC*

/s/ *J. Andrew Baxter* signed with permission YG
Merritt J. Green (VSB # 50995)
J. Andrew Baxter (VSB# 78275)
Hailey Breanne Render (VSB #89995)
General Counsel, P.C.
6849 Old Dominion Drive, Suite 220
McLean, Virginia 22101
Tel: 703-556-0411
mgreen@gcpc.com
abaxter@gcpc.com
Attorneys for Plaintiff

*Wendy Benitez Esperanza Lizama*

### CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of September 2021, a true copy of the foregoing was served through the Court's CM/ECF system, which sent notice of filing to the following:

Hailey Breanne Render
Merritt J. Green
J. Andrew Baxter
General Counsel, P.C.
6849 Old Dominion Dr., Suite 220
McLean, VA 22101
hbrown@gcpc.com
mgreen@gcpc.com
abaxter@gcpc.com

*Counsel for Plaintiff*

/s/ *Yvette V. Gatling*
Yvette V. Gatling